FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Isaac Joshua Perez<br>DEFENDANT(S). | CASE NUMBER<br>SA15-545M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _November 5_____, 2015___, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Douglas F. McCormick, United States Magistrate Judge_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
     (Other custodial officer)

Dated: _11/4/2015_____

_____
DOUGLAS F. McCORMICK
~~U.S. District Judge~~/Magistrate Judge